IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>PARX CASINO, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 18-5289 |

## ORDER

**AND NOW**, this 11th day of April 2019, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 6), Plaintiff's Response in Opposition (Doc. No. 7), Defendants' Reply in Support of the Motion to Dismiss (Doc. No. 8), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No.6) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                              BY THE COURT:


                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.