# KANE, PUGH, KNOELL, TROY & KRAMER LLP

## ATTORNEYS AT LAW

William H. Pugh, V +
George H. Knoell, III
Paul C. Troy
Andrew J. Kramer
Robert Connell Pugh
Justin A. Bayer*
Melissa K. Nagata*
Donald J. Belfie, Jr.
Kara H. Dougherty
Kristy M. Castagna*
Sean R. Morrow*
Elaine M. Moyer
Amy M. Kirkpatrick*
Kathryn M. Brady*
Andrew M. Lamberton*
Peter B. Rogers*
Kathleen M. Klemm*
Gina Kiley*
John T. Idell *
James G. Schu, Jr *
Pamela L. Cunningham*
Thomas J. Zimmerman*
Jessica M. Keough*
Kevin M. Krauss * + ^
Rachael L. Nave*
David O. McColloch
Christina R. Gallagher
Elizabeth Schmidt Jerdon
Sean M. McBratnie
Samuel Park

510 Swede Street      1650 Market Street, Suite 3618
Norristown, PA 19401  ◆  Philadelphia  PA 19103
610 275 2000          267 675 7023

Fax. 610 275 2018

**www.kanepugh.com**

**Please Reply to Norristown**

William H. Pugh, IV
Senior Counsel

Edward F. Kane
M. Cathlene Driscoll
Counsel to the Firm

* Member New York Bar also
* Member New Jersey Bar also
^ Member District of Columbia Bar also

May 6, 2019

akramer@kanepugh.com

√The Honorable Joel H. Slomsky
**United States District Court**
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street, Room 13614
Philadelphia, PA 19106

**RE:  MICHELLE "DOE" v. PARX CASINO, GREENWOOD GAMING AND ENTERTAINMENT, INC., and GREENWOOD TABLE SERVICES, INC. UNITED STATES DISTRICT COURT; E.D.P.A NO. 2:18-CV-05289-JHS**

Dear Judge Slomsky:

Please be advised that defendants Parx Casino, Greenwood Gaming and Entertainment, Inc., and Greenwood Table Services, Inc. are in receipt of plaintiff Michelle Doe's Motion for a Stay of Proceedings in regard to the above-captioned matter. Defendants do not oppose plaintiff's motion and therefore do not intend to file a response thereto.

Thank you for your attention in this matter.

Very truly yours,

ANDREW J. KRAMER

AMK/dsr
Cc:   Justin F. Robinette, Esquire

00373759 1