IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE DOE, <br><br> Plaintiff, <br><br> v. <br><br> PARX CASINO, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 18-5289 |

## ORDER

**AND NOW**, this 23rd day of August 2019, upon consideration of the parties' joint Praecipe to Settle, Discontinue, and End (Doc. No. 15), it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to all Defendants. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.